IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:96CR3023-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JERRY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Probation Officer,

IT IS ORDERED that Defendant Johnson's revocation hearing is rescheduled to Wednesday, December 31, 2008, at 11:00 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

December 19, 2008.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge